for failure to prosecute in accordance with the rules.

**Kenneth W. DAVIS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 02–3124.**

United States Court of Appeals, Federal Circuit.

July 19, 2002.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**NEUPAK, INC., Plaintiff–Cross Appellant,**

v.

**IDEAL MANUFACTURING AND SALES CORP., Defendant–Appellant.**

**Nos. 01–1368, 01–1389.**

United States Court of Appeals, Federal Circuit.

July 19, 2002.

Before CLEVENGER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and BRYSON, Circuit Judge.

### ORDER

A petition for rehearing having been filed by the APPELLANT,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on July 26, 2002.